MICHAEL J. NADER, CA Bar No. 200425
michael.nader@ogletree.com
RABIA Z. REED, CA Bar No. 317288
rabia.reed@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall
Suite 2500
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

Attorneys for Defendant J.R. SIMPLOT COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS TONY DUTRA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.R. SIMPLOT COMPANY, a Nevada corporation; and DOES 1 through 50 inclusive,<br><br>Defendant. | Case No. 2:21-cv-01054-TLN-CKD<br><br>**JOINT STIPULATION TO REQUEST EXTENSION OF TIME TO FILE RULE 12 MOTION; ORDER**<br><br>Complaint Filed: March 18, 2021 |

This stipulation is entered into by and between Plaintiff TONY DENNIS DUTRA ("Plaintiff") and Defendant J.R. SIMPLOT COMPANY ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, with reference to the following facts and recitals:

WHEREAS, Plaintiff filed his Class Action Complaint in the Superior Court of the State of California, County of San Joaquin, entitled *Dennis Tony Dutra v. J.R. Simplot Company*, assigned Case No. STK-CV-UOE-2021-002402 ("Complaint") on March 18, 2021. The Complaint was served on May 14, 2021.

WHEREAS, on June 14, 2021, Defendant removed this case to this Court under the Class Action Fairness Act.

WHEREAS, on June 15, 2021, Defendant sent an email to Plaintiff outlining the arguments for its proposed Rule 12 motion to Plaintiff's Complaint.

WHEREAS, Defendant's responsive pleading is currently due filed no later than June 21, 2021.

WHEREAS, the Parties have agreed that a two-week extension for the Parties to meet and confer regarding the issues outlined in Defendant's correspondence, and assess their respective positions is in the interest of both Parties and the Court.

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel as follows: The Parties jointly request the Court to provide Defendant with an extension to file a Rule 12 responsive motion by two weeks until July 5, 2021.

**IT IS SO STIPULATED.**

DATED: June 17, 2021                                  JAMES HAWKINS APLC


                                                     By: /s/ Christina M. Lucio
                                                         James Hawkins
                                                         Christina M. Lucio

                                                     Attorneys for Plaintiff
                                                     DENNIS TONY DUTRA

DATED: June 17, 2021

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Michael J. Nader
Rabia Z. Reed

Attorneys for Defendant J.R. SIMPLOT COMPANY

**ORDER**

With good cause appearing, and pursuant to the parties' agreement and stipulation, it is hereby ORDERED as follows:

The Court approves an extension to Defendant to file a responsive pleading or motion to Plaintiff's Complaint by two weeks, until July 5, 2021.

**IT IS SO ORDERED.**

DATED: July 21, 2021

Troy L. Nunley
United States District Judge