UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS TONY DUTRA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.R. SIMPLOT COMPANY, a Nevada corporation; and DOES 1 through 510, inclusive,<br><br>Defendant. | Case No. 2:21-CV-01054-TLN-CKD<br><br>District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Carolyn K. Delaney<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>Complaint Filed: February 14, 2022<br>Removal Filed: March 22, 2022 |

The Court, having reviewed the Stipulation to Remand Removed Action and good cause appearing, orders as follows:

1. The Parties' joint stipulation is approved;

2. Central District of California case number 2:21-cv-01054-TLN-CKD styled *Dennis Tony Dutra v. J.R. Simplot Company* is hereby remanded to San Joaquin County Superior Court by stipulation of the Parties.

IT IS SO ORDERED.

Date:  November 21, 2023

Troy L. Nunley
United States District Judge